**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RODOLFO GALICIA and RITA GALICIA, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> COUNTRY COACH, INC., an Oregon corporation; et al., <br><br> Defendants - Appellees. | No. 07-56359 <br><br> D.C. No. CV-05-00409-MLG <br><br> ORDER and MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Marc L. Goldman, Magistrate Judge, Presiding

Argued and Submitted April 16, 2009
Pasadena, California

Before: CANBY, RAWLINSON, and N.R. SMITH, Circuit Judges.

The automatic stay of proceedings has been lifted as to Country Coach.

11 U.S.C. § 326(d). The case is resubmitted as of the date of this order. For the

reasons stated in the disposition filed April 29, 2009, we affirm the district court as

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

to Country Coach.[1]  The mandate of our decision of April 29, 2009, recalled on

December 16, 2005, shall now reissue.

**AFFIRMED.**

---

[1] The motion of Kathryn Karcher for leave to withdraw as counsel for Country Coach is granted.